# EXHIBIT 6

**Claim Chart — U.S. Patent No. 12,304,013 — Claim 1**

| Claim Limitation | Accused Products |
|---|---|
| **[1pre.a]** A method for controlling a robotic welding system during automatic welding together of two pipe sections in a spool welding operation | The Accused Products comprise a "robotic welding system during automatic welding together of two pipe sections in a spool welding operation."<br><br>"The only fully integrated design for 1G **robotic pipe welding**<br><br>The Rotoweld 3.0 is designed for the daily reality of **pipe spool fabricators**. We believe that only a fully integrated work cell can deliver our production promise to our clients: the most high-quality, reproducible, productive and consistent welds."<br><br>*Fully Integrated Design*, Rotoweld, https://rotoweld.com/innovations/fully-integrated-design/ (last visited Apr. 3, 2026). (emphasis added).<br><br>"PerfectPass-iQ<br>True automatic **pipe spool welding** intelligence<br>PerfectPass-iQ on the Rotoweld 3.0 delivers **true automatic welding** with exceptional X-ray quality and provides detailed QC reports. Quite simply, it's the new operational standard in **pipe spool fabrication**."<br><br>*Welding Intelligence*, Rotoweld,  https://rotoweld.com/welding-intelligence/ (last visited Apr. 3, 2026) (emphasis added).<br><br>Accordingly, the Accused Products infringe claim [1pre.a] |
| **[1pre.b]** wherein the two pipe sections are held in fixed relation to each other by a plurality of stitches at an interface between the two pipe sections, | The Accused Products comprise a system "wherein the two pipe sections are held in fixed relation to each other by a plurality of stitches at an interface between the two pipe sections." |

1

| Claim Limitation | Accused Products |
|---|---|
|  | "The rotators handle **up to 3- to 48-inch diameter pipes** and deliver 50,000 lbs./inch of torque. They are designed to be tough, easy to use and most importantly: perfectly aligned with the welding robot and rails. Their acceleration and velocity are calibrated with the 4D Synergy Welding™ software for optimal performance."<br><br>*Fully Integrated Design*, Rotoweld, https://rotoweld.com/innovations/fully-integrated-design/ (last visited Apr. 3, 2026). (emphasis added).<br><br><br><br>*PerfectPass-iQ*, YouTube (posted by Tecnar Channel, Dec. 21, 2023), at 1:08, https://www.youtube.com/watch?v=yMTF6o8PnNU. |

| Claim Limitation | Accused Products |
|---|---|
| |  *Rotoweld 3.0 Twin Bay / HD*, YouTube (posted by Tecnar Channel, Sep. 2, 2020), at 0:08, https://www.youtube.com/watch?v=eaFDhkrJngU. <br><br> Accordingly, the Accused Products infringe claim [1pre.b]. |
| **[1pre.c]** the robotic welding system having a torch arm holding a welding torch, | The Accused Products comprise "a robotic welding system having a torch arm holding a welding torch." <br><br> "Robotic welding arm <br><br> Upon loading the proper welding program, the Rotoweld's **welding arm**, driven by zero-backlash harmonic drives, will position itself automatically, respecting the pipe diameter and indicated stick-out." |

3

| Claim Limitation | Accused Products |
|---|---|
| | *Fully Integrated Design*, Rotoweld, https://rotoweld.com/innovations/fully-integrated-design/ (last visited Apr. 3, 2026). (emphasis added).<br><br>"The rail-based design is key to automation since it is the link between the welding robot, the rotators and the support rollers.  That's why it's essential to ensure reproducible positioning of the **welding torch** (stick-out) and the same welding position every time, regardless of the diameter of the pipe or length of the spool assembly."<br><br>*Fully Integrated Design*, Rotoweld, https://rotoweld.com/innovations/fully-integrated-design/ (last visited Apr. 3, 2026). (emphasis added).<br><br>Accordingly, the Accused Products infringe claim [1pre.c]. |
| **[1pre.d]** a controller for controlling motion of the torch arm, | The Accused Products comprise "a controller for controlling motion of the torch arm." |

4

| Claim Limitation | Accused Products |
|---|---|
| | <br><br>Tecnar, *Rotoweld 3.0 by Tecnar Product Brochure*, https://rotoweld.com/wp-content/uploads/2024/10/Brochure-Rotoweld_05-24_42-pages_EN_WEB.pdf.<br><br>Accordingly, the Accused Products infringe claim [1pre.d]. |
| **[1pre.e]** and a processor operably coupled to the controller and a camera positioned to capture images of an area around a welding arc, | The Accused Products comprise "a processor operably coupled to the controller and a camera positioned to capture images of an area around a welding arc."<br><br>"LED vision system |

5

| Claim Limitation | Accused Products |
|---|---|
| | With the Rotoweld 3.0 LED **vision system**, the operator can keep comfortable in front of the monitor and easily align the torch in the bevel before starting to weld.  For multi-pass filling, it provides greater precision than the eye, helping the operator achieve smoother surface finishes.<br><br>This off-arc vision system reproduces the comfort of liquid crystal welding masks, which welders used in the past 10 years.  It's also a great innovation for large diameters where the welding area is visually less accessible."<br><br>*Fully Integrated Design*, Rotoweld, https://rotoweld.com/innovations/fully-integrated-design/ (last visited Apr. 3, 2026). (emphasis added).<br><br>"The Rotoweld user interface is designed with proprietary operating software to be simple, easy to use and efficient. The Rotoweld UI  features are:<br><br>**Large centred image** to ease torch positioning using the LED vision system and increase welding precision"<br><br>*Fully Integrated Design*, Rotoweld, https://rotoweld.com/innovations/fully-integrated-design/ (last visited Apr. 3, 2026). (emphasis added). |

6

| Claim Limitation | Accused Products |
|---|---|
| |  Tecnar, *Rotoweld 3.0 by Tecnar Product Brochure*, https://rotoweld.com/wp-content/uploads/2024/10/Brochure-Rotoweld_05-24_42-pages_EN_WEB.pdf. |

| Claim Limitation | Accused Products |
|---|---|
| | <br><br>*Rotoweld 3.0 – 8" SCH 40 - Welding Time*, YouTube (posted by Tecnar Channel, Nov. 7, 2018), at 5:40, https://www.youtube.com/watch?v=BHBFynFXl7I.<br><br>Accordingly, the Accused Products infringe claim [1pre.e]. |
| **[1pre.f]** and a positioner on which the two pipe sections are mounted for rotating the two pipe sections in relation to the robotic welding system, the method comprising: | The Accused Products comprise "a positioner on which the two pipe sections are mounted for rotating the two pipe sections in relation to the robotic welding system."<br><br>"Pipe stands<br>Rotoweld 3.0 pipe stands are made to be simple, robust and versatile. They can handle up to 15,000 lbs. of weight and can be delivered with metal or rubber rollers.<br>They are essential for consistently welding spools in 1G and can easily travel along the rails while staying aligned with the **rotator** for better joint stability while welding." |

8

| Claim Limitation | Accused Products |
|---|---|
|  | *Fully Integrated Design*, Rotoweld, https://rotoweld.com/innovations/fully-integrated-design/ (last visited Apr. 3, 2026). (emphasis added).<br><br>"Balanced high-range **rotator**<br>The **rotators** handle up to  3- to 48-inch diameter **pipes** and deliver 50,000 lbs./inch of torque. They are designed to be tough, easy to use and most importantly: perfectly aligned with the welding robot and rails. Their acceleration and velocity are calibrated with the 4D Synergy Welding™ software for optimal performance."<br><br>*Fully Integrated Design*, Rotoweld, https://rotoweld.com/innovations/fully-integrated-design/ (last visited Apr. 3, 2026). (emphasis added).<br><br>Accordingly, the Accused Products infringe claim [1pre.f]. |
| **[1a]** receiving, by the processor, an arc on signal from the controller which controls the robotic welding system to start the welding operation and controls the positioner to start rotating the two pipe sections; | The Accused Products comprise "receiving, by the processor, an arc on signal from the controller which controls the robotic welding system to start the welding operation and controls the positioner to start rotating the two pipe sections."<br><br>"100% hands-off welding<br>Just **press start** and watch the PerfectPass-iQ make perfect welds every time. This advanced welding technology combines intelligent vision and precise control to deliver unparalleled consistency and quality. It adjusts the welding parameters in real time, adapting to changes in fitting preparation and overall conditions."<br><br>*Welding Intelligence*, Rotoweld,  https://rotoweld.com/welding-intelligence/ (last visited Apr. 3, 2026) (emphasis added). |

| Claim Limitation | Accused Products |
|---|---|
| | <br><br>*Welding Intelligence*, Rotoweld, https://rotoweld.com/welding-intelligence/ (last visited Apr. 3, 2026). |

10

| Claim Limitation | Accused Products |
|---|---|
|  | https://www.youtube.com/watch?v=TKrhLF_Gbkc&t=6s<br><br>Accordingly, the Accused Products infringe claim [1a]. |
| **[1b]** rotating the two pipe sections and the robotic welding system in relation to each other while continuously: | The Accused Products comprise "rotating the two pipe sections and the robotic welding system in relation to each other while continuously:"<br><br>"Balanced high-range **rotator**<br>The **rotators** handle up to  3- to 48-inch diameter **pipes** and deliver 50,000 lbs./inch of torque. They are designed to be tough, easy to use and most importantly: perfectly aligned with the welding robot and rails. Their acceleration and velocity are calibrated with the 4D Synergy Welding™ software for optimal performance."<br><br>*Fully Integrated Design*, Rotoweld, https://rotoweld.com/innovations/fully-integrated-design/ (last visited Apr. 3, 2026). (emphasis added). |

11

| Claim Limitation | Accused Products |
|---|---|
| |  *Rotoweld 3.0 – 8" SCH 40 - Welding Time*, YouTube (posted by Tecnar Channel, Nov. 7, 2018), at 5:25, https://www.youtube.com/watch?v=BHBFynFXl7I. |

| Claim Limitation | Accused Products |
|---|---|
|  |  *Rotoweld 3.0 – 8" SCH 40 - Welding Time*, YouTube (posted by Tecnar Channel, Nov. 7, 2018), at 5:31, https://www.youtube.com/watch?v=BHBFynFXl7I.<br><br>Accordingly, the Accused Products infringe claim [1b]. |
| **[1c]** capturing and buffering a plurality of frames of an interface between the two pipe sections with the camera while the welding operation is ongoing; | The Accused Products comprise "capturing and buffering a plurality of frames of an interface between the two pipe sections with the camera while the welding operation is ongoing." |

13

| Claim Limitation | Accused Products |
|---|---|
| | <br>*Rotoweld 3.0 – 8" SCH 40 - Welding Time*, YouTube (posted by Tecnar Channel, Nov. 7, 2018), at 3:35, https://www.youtube.com/watch?v=BHBFynFXl7I. |

| Claim Limitation | Accused Products |
|---|---|
| | *Rotoweld 3.0 – 8" SCH 40 - Welding Time*, YouTube (posted by Tecnar Channel, Nov. 7, 2018), at 3:40, https://www.youtube.com/watch?v=BHBFynFXl7I.<br><br>Accordingly, the Accused Products infringe claim [1c]. |
| **[1d]** processing the plurality of frames to determine a seam position while the welding operation is ongoing; | The Accused Products comprise "processing the plurality of frames to determine a seam position while the welding operation is ongoing."<br><br>"User Interface (UI)<br>The Rotoweld user interface is designed with proprietary operating software to be simple, easy to use and efficient. The Rotoweld UI  features are: |

| Claim Limitation | Accused Products |
|---|---|
| | **Large centred image** to ease **torch positioning using the LED vision system** and increase welding precision" *Fully Integrated Design*, Rotoweld, https://rotoweld.com/innovations/fully-integrated-design/ (last visited Apr. 3, 2026). (emphasis added). "Perfect root pass PerfectPass-iQ ensures that fusion and penetration are maintained throughout the entire root pass by **continuously adjusting** for gap, hi-lo, bevel angle, land, out-of-round and **centering the joint**. Perfect fill passes PerfectPass-iQ is the only fully adaptive automated welding intelligence in fill passes, ensuring optimized fusion of the pass on both the root outer face and the bevel sides. It also maintains the optimized arc-length and stick-out, no matter the conditions of the preparation. Perfect cap PerfectPass-iQ is the only automated welding intelligence with a capping pass custom adapted to each joint preparation, **ensuring it stays centered on the joint**, maintaining appropriate arc length and covering the entire joint from one side to the other." *Welding Intelligence*, Rotoweld,  https://rotoweld.com/welding-intelligence/ (last visited Apr. 3, 2026) (emphasis added). |

16

| Claim Limitation | Accused Products |
|---|---|
| |  Tecnar, *Rotoweld 3.0 by Tecnar Product Brochure*, https://rotoweld.com/wp-content/uploads/2024/10/Brochure-Rotoweld_05-24_42-pages_EN_WEB.pdf. <br><br> Accordingly, the Accused Products infringe claim [1d]. |
| **[1e]** controlling the robotic welding system to move the torch arm to track the seam position while the welding operation is ongoing; | The Accused Products comprise "controlling the robotic welding system to move the torch arm to track the seam position while the welding operation is ongoing." <br><br> "Robotic welding arm |

17

| Claim Limitation | Accused Products |
|---|---|
|  | Upon loading the proper welding program, the Rotoweld's welding arm, driven by zero-backlash harmonic drives, **will position itself automatically**, respecting the pipe diameter and indicated stick-out."<br><br>*Fully Integrated Design*, Rotoweld, https://rotoweld.com/innovations/fully-integrated-design/ (last visited Apr. 3, 2026). (emphasis added).<br><br>"Perfect root pass<br>PerfectPass-iQ ensures that fusion and penetration are maintained throughout the entire root pass by **continuously adjusting** for gap, hi-lo, bevel angle, land, out-of-round and **centering the joint**.<br><br>Perfect fill passes<br>PerfectPass-iQ is the only fully adaptive automated welding intelligence in fill passes, ensuring optimized fusion of the pass on both the root outer face and the bevel sides. It also maintains the optimized arc-length and stick-out, no matter the conditions of the preparation.<br><br>Perfect cap<br>PerfectPass-iQ is the only automated welding intelligence with a capping pass custom adapted to each joint preparation, **ensuring it stays centered on the joint**, maintaining appropriate arc length and covering the entire joint from one side to the other."<br><br>*Welding Intelligence*, Rotoweld, https://rotoweld.com/welding-intelligence/ (last visited Apr. 3, 2026) (emphasis added).<br><br>Accordingly, the Accused Products infringe claim [1e]. |

| Claim Limitation | Accused Products |
|---|---|
| **[1f]** processing the plurality of frames to detect whether the welding torch is over one of the plurality of stitches while the welding operation is ongoing; | The Accused Products comprise "processing the plurality of frames to detect whether the welding torch is over one of the plurality of stitches while the welding operation is ongoing."<br><br><br><br>*PerfectPass-iQ*, YouTube (posted by Tecnar Channel, Dec. 21, 2023), at 1:39, https://www.youtube.com/watch?v=yMTF6o8PnNU. |

19

| Claim Limitation | Accused Products |
|---|---|
|  | <br><br>*PerfectPass-iQ*, YouTube (posted by Tecnar Channel, Dec. 21, 2023), at 1:40, https://www.youtube.com/watch?v=yMTF6o8PnNU.<br><br>Accordingly, the Accused Products infringe claim [1f]. |
| **[1g]** determining a stitch start in response to detecting the welding torch moving over one of the plurality of stitches while the welding operation is ongoing; | The Accused Products comprise "determining a stitch start in response to detecting the welding torch moving over one of the plurality of stitches while the welding operation is ongoing." |

| Claim Limitation | Accused Products |
|---|---|
| |  *PerfectPass-iQ*, YouTube (posted by Tecnar Channel, Dec. 21, 2023), at 1:39, https://www.youtube.com/watch?v=yMTF6o8PnNU. |

21

| Claim Limitation | Accused Products |
|---|---|
| | <br><br>*PerfectPass-iQ*, YouTube (posted by Tecnar Channel, Dec. 21, 2023), at 1:40, https://www.youtube.com/watch?v=yMTF6o8PnNU.<br><br>Accordingly, the Accused Products infringe claim [1g]. |
| **[1h]** controlling the robotic welding system to adjust welding parameters in response to determining the stitch start while the welding operation is ongoing; | The Accused Products comprise "controlling the robotic welding system to adjust welding parameters in response to determining the stitch start while the welding operation is ongoing." |

22

| Claim Limitation | Accused Products |
|---|---|
| |  *PerfectPass-iQ*, YouTube (posted by Tecnar Channel, Dec. 21, 2023), at 1:39, https://www.youtube.com/watch?v=yMTF6o8PnNU. |

23

| Claim Limitation | Accused Products |
|---|---|
| |  *PerfectPass-iQ*, YouTube (posted by Tecnar Channel, Dec. 21, 2023), at 1:40, https://www.youtube.com/watch?v=yMTF6o8PnNU.  Accordingly, the Accused Products infringe claim [1h]. |
| **[1i]** determining a stitch end in response to detecting the welding torch moving past one | The Accused Products comprise "determining a stitch end in response to detecting the welding torch moving past one of the plurality of stitches while the welding operation is ongoing." |

| Claim Limitation | Accused Products |
|---|---|
| of the plurality of stitches while the welding operation is ongoing; | <br><br>*PerfectPass-iQ*, YouTube (posted by Tecnar Channel, Dec. 21, 2023), at 1:39, https://www.youtube.com/watch?v=yMTF6o8PnNU. |

25

| Claim Limitation | Accused Products |
|---|---|
| |  *PerfectPass-iQ*, YouTube (posted by Tecnar Channel, Dec. 21, 2023), at 1:40, https://www.youtube.com/watch?v=yMTF6o8PnNU. |

26

| Claim Limitation | Accused Products |
|---|---|
| | <br><br>*PerfectPass-iQ*, YouTube (posted by Tecnar Channel, Dec. 21, 2023), at 1:40, https://www.youtube.com/watch?v=yMTF6o8PnNU.<br><br>Accordingly, the Accused Products infringe claim [1i]. |
| **[1j]** controlling the robotic welding system to adjust welding parameters in response to determining the stitch end while the welding operation is ongoing. | The Accused Products comprise "controlling the robotic welding system to adjust welding parameters in response to determining the stitch end while the welding operation is ongoing." |

27

| Claim Limitation | Accused Products |
|---|---|
| | <br><br>*PerfectPass-iQ*, YouTube (posted by Tecnar Channel, Dec. 21, 2023), at 1:39, https://www.youtube.com/watch?v=yMTF6o8PnNU. |

| Claim Limitation | Accused Products |
|---|---|
|  |  *PerfectPass-iQ*, YouTube (posted by Tecnar Channel, Dec. 21, 2023), at 1:40, https://www.youtube.com/watch?v=yMTF6o8PnNU. |

| Claim Limitation | Accused Products |
|---|---|
| |  *PerfectPass-iQ*, YouTube (posted by Tecnar Channel, Dec. 21, 2023), at 1:40, https://www.youtube.com/watch?v=yMTF6o8PnNU. Accordingly, the Accused Products infringe claim [1j]. |

30